UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PAT TARWATER, JR. Chief Executive Officer and Program Administrator, New World Order Health and Wellbeing,<br><br>Plaintiff,<br><br>v.<br><br>VIGO COUNTY PUBLIC DEFENDER'S OFFICE,<br>BLAKE REED,<br>DEBRA FERRIS,<br>UNKNOWN EMPLOYEES,<br><br>Defendants. | No. 2:25-cv-00484-JPH-MJD |

**ORDER**

This case was dismissed with prejudice as a sanction for Mr. Tarwater's failure to comply with Court orders. Final judgment in this case issued on August 6, 2026. Dkt. 81. Since then, Mr. Tarwater has filed two more motions and four other documents. Dkt. 82–87.

Mr. Tarwater's motion to reopen the case does not cite any authority pursuant to which it purports to be filed. Mr. Tarwater is cautioned that continued frivolous filings may result in further sanctions. *See Mach v. Will Cnty. Sheriff*, 580 F.3d 495, 501–02 (7th Cir. 2009) (discussing courts' "inherent power to impose sanctions" to address frivolous litigation); *Supports Sys. Intern., Inc. v. Mack*, 45 F.3d 185 (7th Cir. 1995). This case remains closed and Mr. Tarwater's motions are **DENIED.**

**SO ORDERED.**

Date: 9/28/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

PAT TARWATER, JR.
2217 S 7th Street
Terre Haute, IN 47802